### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**James Wayne Girts**             :    Case No. 16−10148−TPA
    *Debtor(s)*             :    Chapter: 13
                                  :
First Niagara Bank, N.A.          :
    *Movant,*                 :
                                  :    Related to Claim No. 5
    v.                        :
James Wayne Girts                 :
Ronda J. Winnecour, Esq., Trustee :
    *Respondent.*             :

### ORDER

    **AND NOW**, this **27th day of July, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *First Niagrara Bank, N.A.* at Claim No. 5 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James Wayne Girts  
    Debtor

Case No. 16-10148-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: culy    Page 1 of 1    Date Rcvd: Jul 27, 2016  
                              Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2016.  
db         +James Wayne Girts,   8266 Remington Road,   North East, PA 16428-4040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14186986        E-mail/Text: fnb.bk@fnfg.com Jul 28 2016 01:45:14     First Niagara Bank,  
          6950 South Transit Road,   Lockport, NY 14094  
                                                                                                                                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2016 at the address(es) listed below:  
         Andrew F Gornall   on behalf of Creditor   FIRST NIAGRA BANK, N.A. agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Daniel P. Foster   on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com,  
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                                                                                                                               TOTAL: 4