# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10148-TPA |
| | : | |
| **James Wayne Girts,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: |
| | : | |
| **James Wayne Girts,** | : | |
| Movant, | : | |
| | : | |
| V | : | |
| | : | |
| **First Niagara Bank, N.A. and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Regarding Debtor's Objection to Mortgage Payment Change of First Niagara Bank, N.A., by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: **August 3, 2016**            *By: /s/ Clarissa Bayhurst*
                                             Clarissa Bayhurst, PARALEGAL
                                             FOSTER LAW OFFICES
                                             PO Box 966
                                             Meadville, PA 16335
                                             Tel 814.724.1165
                                             Fax 814.724.1158

MATRIX

Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

James Wayne Girts
8266 Remington Road
North East, PA 16428

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

First Niagara Bank NA
c/o Alyssa D Haury
6950 South Transit Road
Lockport NY 14094