FILED
8/2/16 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10148-TPA |
| | : | |
| **James Wayne Girts,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | DOCKET NO.: 36 |
| | : | |
| **James Wayne Girts,** | : | |
| Movant, | : | |
| | : | |
| V | : | |
| | : | |
| **First Niagara Bank, N.A. and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

### ORDER REGARDING DEBTOR'S OBJECTION TO MORTGAGE PAYMENT CHANGE OF FIRST NIAGARA BANK, N.A.

On this \_\_\_2nd\_\_\_ day of \_\_\_\_\_August\_\_\_\_\_ 2016, after review of Debtor's Objection to Mortgage Payment Change filed by **First Niagara Bank, N.A.**, it is **HEREBY ORDERED, ADJUDGED, AND DECREED** the Mortgage Payment Change is **DENIED.**

_____ vas
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James Wayne Girts  
    Debtor

Case No. 16-10148-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Aug 02, 2016  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.  
db         +James Wayne Girts,   8266 Remington Road,   North East, PA 16428-4040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
        +E-mail/Text: fnb.bk@fnfg.com Aug 03 2016 02:19:05     First Niagara Bank, N.A.,  
        c/o Alyssa D. Haury,   6950 South Transit Road,   Lockport, NY 14094-6384  
                                                                                                                          TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2016 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   FIRST NIAGRA BANK, N.A. agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Daniel P. Foster   on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                                              TOTAL: 4