# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/12/16 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 16-10148-TPA |
| James Wayne Girts | : Chapter 13 |
| Debtor | : |
| | : Related to Document No. 53 |
| James Wayne Girts, | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| First Niagara Bank, NA, | : |
| | : |
| AND | : |
| | : |
| Ronda J. Winnecour, Esquire/ | : |
| Chapter 13 Trustee, | : |
| Respondents | : |

## LOSS MITIGATION ORDER

AND NOW, this 12th day of August, 2016, it is hereby **ORDERED** that:

(1) Debtors and Respondent shall participate in the Loss Mitigation Program.

(2) **Within seven (7) days** after the issuance of the within Order, the Debtors shall generate the appropriate Loss Mitigation forms and file a Motion for Loss Mitigation with this Honorable Court.

_____
Thomas P. Agresti,      ljm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10148-TPA
James Wayne Girts                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1              Date Rcvd: Aug 12, 2016
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db             +James Wayne Girts,    8266 Remington Road,    North East, PA 16428-4040
14257055       +FIRST NIAGRA BANK, N.A.,    First Niagara Bank,    4224 Ridge Lea Road,    Amherst, NY 14226-1081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14186986        E-mail/Text: fnb.bk@fnfg.com Aug 13 2016 00:59:46      First Niagara Bank,
                 6950 South Transit Road,    Lockport, NY 14094
14186987       +E-mail/Text: fnb.bk@fnfg.com Aug 13 2016 00:59:46      First Niagara Bank,
                 1 Hudson City Center,    Hudson, NY 12534-2355
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    FIRST NIAGRA BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4