**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASE NAME** | James Wayne Girts |
| **CASE NO.** | 16-10148 |
| **RELATED TO DOCUMENT NO.** | Doc (Notice of Mortgage Payment Change) (Filed 08/26/2016) |

# NOTICE REGARDING
# NONCONFORMING DOCUMENT

The **NOTICE OF MORTGAGE PAYMENT CHANGE (CLAIM #5)** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The Wrong PDF was attached.  The PDF attached was for Bankruptcy Case #16-20210, not #16-10148.**

You must re-file **NOTICE OF MORTGAGE PAYMENT CHANGE (CLAIM #5)** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the NOTICE OF MORTGAGE PAYMENT CHANGE (CLAIM #5) that is filed in response to this Notice.**

| | |
|---|---|
| August 29, 2016 | Gerri Lynn Brown |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10148-TPA
James Wayne Girts                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 1              Date Rcvd: Aug 29, 2016
                              Form ID: pdf901         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: fnb.bk@fnfg.com Aug 30 2016 02:15:19     FIRST NIAGRA BANK, N.A.,
                 Attn: Shirley A. Santora,   6950 S. Transit Road,    Lockport, NY 14094-6384
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    FIRST NIAGRA BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 4