## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10148-TPA |
|    James Wayne Girts, | : | Chapter 13 |
|        Debtor | : | |
| | : | Document No. 62 |
|    James Wayne Girts, | : | |
|        Movant | : | |
| | : | |
|        v. | : | |
| | : | |
|    First Niagara Bank, NA, | : | |
| | : | |
|        AND | : | |
| | : | |
|    Ronda J. Winnecour/Esquire | : | |
|    Chapter 13 Trustee, | : | |
|        Respondents | : | |

## **CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR LOSS MITIGATION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION FOR LOSS MITIGATION**, filed on August 23, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than September 6, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>September 7, 2016</u>

Respectfully submitted,
<u>/s/ Daniel P. Foster, Esquire</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding MOTION FOR LOSS MITIGATION**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: **September 7, 2016** | *By: /s/ Anne M. Clement*<br>ANNE M. CLEMENT,<br>PARALEGAL<br>FOSTER LAW OFFICES, LLC<br>PO Box 966<br>Meadville, PA 16335<br>Tel 814.724.1165<br>Fax 814.724.1158 |

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

James Girts
8266 Remington Road
North East, PA 1428

First Niagara Bank, NA
4224 Ridge Lea Road
Amherst, NY 14226

KML Law Group PC
Andrew F Gornall, Esq
701 Market St, Suite 5000
Philadelphia, PA 19106