# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10148-TPA |
|    James Wayne Girts, | : | Chapter 13 |
|         Debtor | : | |
| | : | Related to Document No. 63 |
| James Wayne Girts, | : | |
|         Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| First Niagara Bank, NA, | : | |
| | : | |
|      AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

## CERTIFICATE OF SERVICE

I, Anne M. Clement, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Loss Mitigation Order** on the parties listed below by certified prepaid postage.

Executed on: September 8, 2016

By: /s/ Anne M. Clement
ANNE M. CLEMENT
PARALEGAL
FOSTER LAW OFFICES, LLC
P.O. Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

James Girts
8266 Remington Road
North East, PA 1428

First Niagara Bank, NA
4224 Ridge Lea Road
Amherst, NY 14226

KML Law Group PC
Andrew F Gornall, Esq
701 Market St, Suite 5000
Philadelphia, PA 19106