

```
                                                16 SEP -8  PM 2:09
                                                     CLERK
                                                U.S. BANKRUPTCY
                                                 COURT - ERIE
```

August 30, 2016

Re: James W Girts

Chapter 13
Case No. 16-10148

Bankruptcy Court for WDPA:

This letter is to advise that Notice Of Mortgage Payment Change (Claim #5) filed on 08/26/2016 be respectfully withdrawn as it was filed for the incorrect Case # and refiled for the correct Case #. Please consider this claim as null and void.

Sincerely,

Shirley A Santora
Bankruptcy Specialist
716-932-8382
shirley.santora@fnfg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CASE NAME**   James Wayne Girts

**CASE NO.**   16-10148

**RELATED TO DOCUMENT NO.**   Doc (Notice of Mortgage Payment Change) (Filed 08/26/2016)

# NOTICE REGARDING NONCONFORMING DOCUMENT

The **NOTICE OF MORTGAGE PAYMENT CHANGE (CLAIM #5)** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The Wrong PDF was attached. The PDF attached was for Bankruptcy Case #16-20210, not #16-10148.**

You must re-file **NOTICE OF MORTGAGE PAYMENT CHANGE (CLAIM #5)** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the NOTICE OF MORTGAGE PAYMENT CHANGE (CLAIM #5) that is filed in response to this Notice.**

| August 29, 2016 | Gerri Lynn Brown |
|---|---|
| Date | Deputy Clerk |

#106c-I



FIRST NIAGARA

PO Box 514 · Lockport, NY 14095-0514

ENV-29A (Rev 07/09)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, ROOM B160
17 SOUTH PARK ROW
ERIE, PA 16501