FILED
9/7/16 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10148-TPA |
|     James Wayne Girts, | : | Chapter 13 |
|         Debtor | : | |
| | : | Related to Document No. 57 |
|     James Wayne Girts, | : | |
|         Movant | : | |
| | : | |
|     v. | : | |
| | : | |
|     First Niagara Bank, NA, | : | |
| | : | |
|         AND | : | |
| | : | |
|     Ronda J. Winnecour/Esquire | : | |
|     Chapter 13 Trustee, | : | |
|         Respondents | : | |

## **LOSS MITIGATION ORDER**

A ***Motion for Loss Mitigation*** was filed by <u>*James Wayne Girts*</u> on <u>August 23, 2016</u>. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this <u>7th</u> day of <u>September, 2016</u>, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's ***Loss Mitigation Program (LMP)*** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtor:    James Wayne Girts

    Creditor:    First Niagara Bank, NA

(2)    ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of **$150.00** per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtors' review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) **_Within sixty (60) days from the entry of this Order_**, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7) **_Ninety (90) days from the entry of this Order,_** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8) **_Within seven (7) days of the termination of the Loss Mitigation Period_**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9) Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
Thomas P. Agresti,
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                       Case No. 16-10148-TPA
James Wayne Girts                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: culy              Page 1 of 1          Date Rcvd: Sep 07, 2016
                                Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
db            +James Wayne Girts,    8266 Remington Road,    North East, PA 16428-4040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: fnb.bk@fnfg.com Sep 08 2016 01:21:31     FIRST NIAGRA BANK, N.A.,
               Attn: Shirley A. Santora,   6950 S. Transit Road,   Lockport, NY 14094-6384
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    FIRST NIAGRA BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4