Case 16-10148-TPA    Doc 68    Filed 09/11/16    Entered 09/12/16 00:48:49    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
9/9/16 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA



FILED

16 SEP -8 PM 2:09

CLERK
U.S. BANKRUPTCY
COURT - ERIE

August 30, 2016

Re: James W Girts

Chapter 13
Case No. 16-10148

Bankruptcy Court for WDPA:

This letter is to advise that Notice Of Mortgage Payment Change (Claim #5) filed on 08/26/2016 be respectfully withdrawn as it was filed for the incorrect Case # and refiled for the correct Case #. Please consider this claim as null and void.

Sincerely,

Shirley A Santora
Bankruptcy Specialist
716-932-8382
shirley.santora@fnfg.com

SO ORDERED
September 09, 2016

vas

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 16-10148-TPA
James Wayne Girts                                                       Chapter 13
            Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-1           User: culy                   Page 1 of 1                  Date Rcvd: Sep 09, 2016
                               Form ID: pdf900              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db             +James Wayne Girts,    8266 Remington Road,    North East, PA 16428-4040
14257055       +FIRST NIAGRA BANK, N.A.,    First Niagara Bank,    4224 Ridge Lea Road,    Amherst, NY 14226-1081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: fnb.bk@fnfg.com Sep 10 2016 01:22:03      FIRST NIAGRA BANK, N.A.,
                 Attn: Shirley A. Santora,    6950 S. Transit Road,    Lockport, NY 14094-6384
14186987       +E-mail/Text: fnb.bk@fnfg.com Sep 10 2016 01:22:03      First Niagara Bank,
                 1 Hudson City Center,    Hudson, NY 12534-2355
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    FIRST NIAGRA BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```