Certificate Number: 02998-PAW-DE-035374701

Bankruptcy Case Number: 16-10148



02998-PAW-DE-035374701

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2021, at 7:14 o'clock PM EST, James W Girts completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 17, 2021        By:    /s/Angela Zinnerman

                                 Name:  Angela Zinnerman

                                 Title: Counselor