**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/1/21 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JAMES WAYNE GIRTS | Case No.16-10148TPA |
|       Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>vs.<br>JAMES WAYNE GIRTS | Chapter 13<br><br>Related Document No.135 |
|     Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____1st____ day of __March__, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sysco Pittsburgh Llc
1 Whitney Dr
Harmony, PA 16037

is hereby ordered to immediately terminate the attachment of the wages of JAMES WAYNE GIRTS, social security number XXX-XX-8467. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES WAYNE GIRTS.

FURTHER ORDERED:

BY THE COURT

_____asg_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10148-TPA |
| James Wayne Girts | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 1 |
| Date Rcvd: Mar 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Wayne Girts, 8266 Remington Road, North East, PA 16428-4040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 03, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIRST NIAGRA BANK N.A. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James P. Valecko | on behalf of Creditor Keybank N.A., Successor To First Niagara Bank jvalecko@weltman.com, PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5