**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JAMES WAYNE GIRTS** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-10148TPA** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** KEYBANK NA S/B/M FIRST NIAGARA BANK NA

**Court claim no.** (if known): 5-3

**Last 4 digits** of any number you use to identify the debtor's account    7  1  9  6

**Property Address:**    8266 REMINGTON RD
NORTH EAST PA 16428

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**    Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment    $    $276.79

    The next postpetition payment is due on    5 / 1 / 2021
                                                                MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **JAMES WAYNE GIRTS** | Case number *(if known)* | **16-10148TPA** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Ronda J. Winnecour                    Date  04/05/2021
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **JAMES WAYNE GIRTS** | Case number *(if known)* **16-10148TPA** |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/06/2017 | | KEYBANK NA | REALLOCATION OF CONTINUING DEBT | 2,541.18 |
| 07/25/2017 | 1047939 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 08/25/2017 | 1051273 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 09/26/2017 | 1054600 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 10/25/2017 | 1057961 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 11/21/2017 | 1061238 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 12/21/2017 | 1064523 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 01/25/2018 | 1067955 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 02/23/2018 | 1071140 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 03/28/2018 | 1074330 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 04/24/2018 | 1077574 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 05/25/2018 | 1080829 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 06/22/2018 | 1083973 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 398.40 |
| 07/26/2018 | 1087184 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 448.66 |
| 08/28/2018 | 1090403 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 09/25/2018 | 1093534 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 10/29/2018 | 1096781 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 11/27/2018 | 1099919 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 12/21/2018 | 1103033 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 01/25/2019 | 1106236 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 02/25/2019 | 1109487 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 03/25/2019 | 1112776 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 04/26/2019 | 1116077 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 05/24/2019 | 1119475 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 06/25/2019 | 1122868 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 07/29/2019 | 1126313 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 08/27/2019 | 1129782 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 09/24/2019 | 1133094 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 10/24/2019 | 1136419 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 11/25/2019 | 1139883 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 12/23/2019 | 1143274 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 398.40 |
| 01/28/2020 | 1146728 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 448.66 |
| 02/25/2020 | 1150254 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 03/23/2020 | 1153732 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 04/27/2020 | 1157195 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 05/26/2020 | 1160532 | KEY BANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 06/26/2020 | 1163666 | KEYBANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 07/29/2020 | 1166793 | KEYBANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 08/25/2020 | 1169868 | KEYBANK NA | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 09/28/2020 | 1172956 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 10/26/2020 | 1176046 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 11/24/2020 | 1179127 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 423.53 |
| 03/26/2021 | 1191440 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 520.20 |
| | | | | 20,426.11 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JAMES WAYNE GIRTS
8266 REMINGTON ROAD
NORTH EAST, PA  16428

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

KEYBANK NA S/B/M FIRST NIAGARA BANK NA
PO BOX 94968
CLEVELAND, OH  44101

KEYBANK NA**
ATTN NOTICES - BANKRUPTCY
4910 TIEDEMAN RD
BROOKLYN, OH  44144

BRIAN C NICHOLAS ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


4/5/21                                                                       /s/ Roberta Saunier
                                                                             Administrative Assistant
                                                                             Office of the Chapter 13 Trustee