**Fill in this information to identify the case:**

Debtor 1: James W. Girts

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 16-10148

# Form 4100R
## Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** KeyBank N.A. as S/B/M to First Niagara Bank N.A.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 4 7

**Property address:** 8266 Remington RD
Number   Street

North East   PA   16428
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

Form 4100R   **Response to Notice of Final Cure Payment**   page 1

| Debtor 1 | James W. Girts | Case number (*if known*) 16-10148 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Rose Marie Roman Caban          Date 04/26/2021
Signature

Print: Rose  Marie  Roman Caban          Title: Senior Specialist
       First Name  Middle Name  Last Name

Company: KeyBank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 4910  Tiedeman Road
         Number  Street

Brooklyn          OH  44144
City              State  ZIP Code

Contact phone (866) 325–9723          Email: BK_SPECIALISTS@KEYBANK.COM

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                             Case No. 16-10148
                                                   Chapter 13
    James W. Girts

               Debtor.

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 26, 2021** I electronically filed the Reponse to Notice of Final Cure with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Ronda J. Winnecour                            Daniel P. Foster
Suite 3250, USX Tower                     Foster Law Offices
600 Grant Street                                       1210 Park Avenue
Pittsburgh, PA 15219                       Meadville, PA 16335

    And, I hereby certify that I have mailed via the United States Postal Service the Reponse to Notice of Final Cure to the following non CM/ECF participants:

James W. Girts
8266 Remington Road
North East, PA 16428

                                                  /s/Rose Marie Roman Caban
                                                  Bankruptcy Specialist
                                                  KeyBank N.A.