Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James Wayne Girts** | : | Case No. 16−10148−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 141 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/14/21 at 12:00 PM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

   *AND NOW,* this *The 27th of April, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 141 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  **On or before June 11, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on ***July 14, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10148-TPA |
| James Wayne Girts | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: 300b | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Wayne Girts, 8266 Remington Road, North East, PA 16428-4040 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, OH 44144-2338 |
| 14186979 | + | ADM Crop Risk Services, PO Box 1470, Decatur, IL 62525-1820 |
| 14199532 | + | Erie County Domestic Relation Services, 140 West 6th Street, Room 6H, Erie, PA 16501-1032 |
| 14186984 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14257055 | + | FIRST NIAGRA BANK, N.A., First Niagara Bank, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 14199533 | + | Jennifer Girts, 114 Hutchinson Street, North East, PA 16428-1710 |
| 15288108 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14199534 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14186992 | + | Wexford James, 2910 Westown Pakway, Suite 10, West Des Moines, IA 50266-1308 |
| 14239554 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: fnb.bk@fnfg.com | Apr 28 2021 01:45:00 | FIRST NIAGRA BANK, N.A., Attn: Shirley A. Santora, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14186980 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:52:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14186981 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:56:06 | Capital One / Best Buy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14196159 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:52:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14186983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:52:43 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14186985 | + | Email/Text: kthomas@eriefcu.org | Apr 28 2021 01:43:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 14186986 | | Email/Text: fnb.bk@fnfg.com | Apr 28 2021 01:45:00 | First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14186987 | + | Email/Text: fnb.bk@fnfg.com | Apr 28 2021 01:45:00 | First Niagara Bank, 1 Hudson City Center, Hudson, NY 12534-2355 |
| 14186989 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 01:43:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14186982 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:52:32 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14186991 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:52:28 | Synchrony Bank / Sams, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Keybank, N.A., Successor To First Niagara Bank |
| 14186990 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14186988 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIRST NIAGRA BANK N.A. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James P. Valecko | on behalf of Creditor Keybank N.A., Successor To First Niagara Bank jvalecko@weltman.com, PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5