**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES WAYNE GIRTS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-10148 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

April 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/26/2016 and confirmed on 4/21/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,133.24 |
| Less Refunds to Debtor | 604.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,528.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,500.00 | |
|    Trustee Fee | 2,425.84 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,925.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KEYBANK NA<br>    Acct: 7196 | 0.00 | 0.00 | 0.00 | 0.00 |
|   KEYBANK NA<br>    Acct: 7196 | 600.00 | 600.00 | 0.00 | 600.00 |
|   KEYBANK NA S/B/M FIRST NIAGARA BANK<br>    Acct: 7196 | 0.00 | 20,426.11 | 0.00 | 20,426.11 |
|   KEYBANK NA S/B/M FIRST NIAGARA BANK<br>    Acct: 7196 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU*<br>    Acct: 0500 | 2,129.17 | 2,129.17 | 162.17 | 2,291.34 |
| | | | | 23,317.45 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES WAYNE GIRTS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES WAYNE GIRTS<br>    Acct: | 416.30 | 416.30 | 0.00 | 0.00 |
|   JAMES WAYNE GIRTS<br>    Acct: | 188.24 | 188.24 | 0.00 | 0.00 |
|   FOSTER LAW OFFICES**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   JENNIFER GIRTS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 8467 | 19,095.50 | 19,095.50 | 0.00 | 19,095.50 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

16-10148 TPA

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 19,095.50 |
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 8311 | 22,964.05 | 688.23 | 0.00 | 688.23 |
| CAPITAL ONE**<br>Acct: 6307 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 6716 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: 9385 | 11,622.18 | 348.32 | 0.00 | 348.32 |
| FIRST NIAGARA BANK++<br>Acct: 8044 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: 9175 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEXFORD JAMES<br>Acct: 2068 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 8467 | 5,117.22 | 153.36 | 0.00 | 153.36 |
| ERIE COUNTY DOMESTIC RLTNS**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ADM CORP RISK SERVICES++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA SCDU*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1,189.91 |

TOTAL PAID TO CREDITORS                                                                                                43,602.86

TOTAL CLAIMED
PRIORITY           19,095.50
SECURED             2,729.17
UNSECURED          39,703.45

Date: 04/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES WAYNE GIRTS

          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:16-10148 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10148-TPA |
| James Wayne Girts | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Wayne Girts, 8266 Remington Road, North East, PA 16428-4040 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, OH 44144-2338 |
| 14186979 | + | ADM Crop Risk Services, PO Box 1470, Decatur, IL 62525-1820 |
| 14199532 | + | Erie County Domestic Relation Services, 140 West 6th Street, Room 6H, Erie, PA 16501-1032 |
| 14186984 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14257055 | + | FIRST NIAGRA BANK, N.A., First Niagara Bank, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 14199533 | + | Jennifer Girts, 114 Hutchinson Street, North East, PA 16428-1710 |
| 15288108 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14199534 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14186992 | + | Wexford James, 2910 Westown Pakway, Suite 10, West Des Moines, IA 50266-1308 |
| 14239554 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: fnb.bk@fnfg.com | Apr 28 2021 01:45:00 | FIRST NIAGRA BANK, N.A., Attn: Shirley A. Santora, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14186980 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:52:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14186981 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:56:06 | Capital One / Best Buy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14196159 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:52:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14186983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:52:41 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14186985 | + | Email/Text: kthomas@eriefcu.org | Apr 28 2021 01:43:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 14186986 | | Email/Text: fnb.bk@fnfg.com | Apr 28 2021 01:45:00 | First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14186987 | + | Email/Text: fnb.bk@fnfg.com | Apr 28 2021 01:45:00 | First Niagara Bank, 1 Hudson City Center, Hudson, NY 12534-2355 |
| 14186989 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 01:43:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14186982 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:56:03 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14186991 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:56:00 | Synchrony Bank / Sams, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 11

Case 16-10148-TPA    Doc 145    Filed 04/29/21    Entered 04/30/21 00:44:12    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: agro | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 22 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Keybank, N.A., Successor To First Niagara Bank |
| 14186990 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14186988 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIRST NIAGRA BANK N.A. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James P. Valecko | on behalf of Creditor Keybank N.A., Successor To First Niagara Bank jvalecko@weltman.com, PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5