Case 16-10148-TPA    Doc 149    Filed 06/30/21    Entered 07/01/21 00:33:29    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
6/28/21 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JAMES WAYNE GIRTS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:16-10148 TPA <br><br> Chapter 13 <br><br> Related Document No.: 141 |

ORDER OF COURT

AND NOW, this 28th day of June, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10148-TPA |
| James Wayne Girts | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Wayne Girts, 8266 Remington Road, North East, PA 16428-4040 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, OH 44144-2338 |
| 14186979 | + | ADM Crop Risk Services, PO Box 1470, Decatur, IL 62525-1820 |
| 14199532 | + | Erie County Domestic Relation Services, 140 West 6th Street, Room 6H, Erie, PA 16501-1032 |
| 14186984 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14257055 | + | FIRST NIAGRA BANK, N.A., First Niagara Bank, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 14199533 | + | Jennifer Girts, 114 Hutchinson Street, North East, PA 16428-1710 |
| 15288108 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14199534 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14186992 | + | Wexford James, 2910 Westown Pakway, Suite 10, West Des Moines, IA 50266-1308 |
| 14239554 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: fnb.bk@fnfg.com | Jun 28 2021 23:27:00 | FIRST NIAGRA BANK, N.A., Attn: Shirley A. Santora, 6950 S. Transit Road, Lockport, NY 14094-6333 |
| 14186980 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:31:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14186981 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:32:01 | Capital One / Best Buy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14196159 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:31:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14186983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:02 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14186985 | + | Email/Text: kthomas@eriefcu.org | Jun 28 2021 23:26:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 14186986 | | Email/Text: fnb.bk@fnfg.com | Jun 28 2021 23:27:00 | First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14186987 | + | Email/Text: fnb.bk@fnfg.com | Jun 28 2021 23:27:00 | First Niagara Bank, 1 Hudson City Center, Hudson, NY 12534-2355 |
| 14186989 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2021 23:26:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14186982 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 28 2021 23:31:42 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 14186991 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:59 | Synchrony Bank / Sams, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |

TOTAL: 11

District/off: 0315-1 | User: dpas | Page 2 of 2
Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Keybank, N.A., Successor To First Niagara Bank |
| 14186990 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14186988 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021                    Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
　　on behalf of Creditor FIRST NIAGRA BANK  N.A. bnicholas@kmllawgroup.com

Daniel P. Foster
　　on behalf of Debtor James Wayne Girts dan@mrdebtbuster.com
　　katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

James P. Valecko
　　on behalf of Creditor Keybank  N.A., Successor To First Niagara Bank jvalecko@weltman.com, PitEcf@weltman.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 5